UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

ELIZABETH C. ANDERS,            )
                                )
    Plaintiff,                  )
                                )   Civil Case No. 14-cv-43-JMH
v.                              )
                                )
BANK OF AMERICA CORPORATION,    )
et al.                          )   **MEMORANDUM OPINION & ORDER**
                                )
    Defendants.                 )

*** 

The parties have stipulated to the dismissal of Plaintiffs' claims against Defendants, with all parties to bear their own costs and attorneys' fees, in keeping with Fed. R. Civ. P. 41(a)(1)(A)(ii) [DE 11].

Accordingly and upon the Court's own motion, **IT IS ORDERED**

(1) That all claims are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees and

(2) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

This the 21st day of August, 2014.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge